[No. 18803-8-I.   Division One.   July 6, 1987.]

CHERYL MARIE OGLE, *as Personal Representative, Plaintiff,*
v. INTERNATIONAL TELEPHONE AND TELEGRAPH
CORPORATION, ET AL, *Defendants.*

THE CITY OF BELLINGHAM, *Appellant,* v. TED
HARMER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84-2-00899-3, Byron L. Swedberg, J., entered October 4, 1985. *Affirmed* by unpublished opinion per Little, J. Pro Tem., concurred in by Durham and Walterskirchen, JJ. Pro Tem.

[No. 9912-8-II.   Division Two.   July 6, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v.
DALE W. MENZ, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00257-4, Robert L. Charette, J., entered May 5, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Worswick, JJ.

[No. 9482-7-II.   Division Two.   July 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
DONALD D. HEMPHILL, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00232-9, John W. Schumacher, J., entered December 23, 1985. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Worswick, JJ.